IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 23-154-1 & -2 |
| CHRISTOPHER BURTON | : | |
| KHALIL JACKSON-FLETCHER | : | |

**ORDER**

**SURRICK, J.**                                                                                                   **MAY 15, 2025**

      **AND NOW**, this 15th day of May, 2025, upon consideration of Defendant Christopher Burton's Motion for Severance And Relief from Prejudicial Joinder Pursuant to Federal Rules of Criminal Procedure 8 and 14 (ECF No. 92) ("Motion to Sever Counts"), Jackson-Fletcher's Motion to Join the Motion to Sever Counts (ECF No. 94) ("Motion to Join"), the Government's Response in Opposition to the Motion to Sever Counts (ECF No. 106), and all documents submitted in support thereof and opposition thereto, it is **ORDERED** that:

1. Defendant Khalil Jackson-Fletcher's Motion to Join (ECF No. 94) is **GRANTED** and Defendant Khalil Jackson-Fletcher is permitted to join Defendant Christopher Burton's Motion to Sever Counts; and

2. Defendants' Joint Motion to Sever Counts (ECF No. 92) is **DENIED**.

**IT IS SO ORDERED.**

                                                                                **BY THE COURT:**

                                                                                */s/ R. Barclay Surrick*
                                                                                **R. BARCLAY SURRICK, J.**