# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| CHRISTOPHER BURTON | : | NO. 23-154-1 |
| | : | |

## ORDER

**AND NOW**, this 1st day of July, 2025, upon consideration of Defendant's *pro se* Motion in Limine to Exclude Coerced and Contaminated Testimony Under Federal Rules of Evidence (ECF No. 124) and *pro se* Motion in Limine to Exclude False And Unreliable Confessions and Statements from Evidence at Trial (ECF No. 125), and all documents submitted in support thereof or in opposition thereto, it is **ORDERED** that Defendant's Motions are **DENIED**.[1]

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**

---

[1] As discussed in the accompanying Memorandum, to the extent Defendant seeks to exclude the prior statements of Victim H.T. and Witness W.J., his Motion is denied without prejudice as moot. Should the Government seek to introduce portions of these prior statements at trial, Defendant may renew his objections at that time.