IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| CHRISTOPHER BURTON | : | NO. 23-154-1 |

## ORDER

**AND NOW**, this 28th day of July, 2025, upon consideration of Defendant Christopher Burton's[1] *pro se Motion* to Dismiss Indictment for Violations of Fed. R. Crim. P., F.R.E., U.S. Constitutional Rights and Insufficient Evidence and Motion to Suppress Any Evidence Obtained as a Result of Illegal Detention (ECF No. 152); *pro se* Motion for Speedy Trial Violation, Notices of Defendant's Assertion of Right to Speedy Trial, Non-Consent to Any Further Continuances and Objections to All Continuances that are on the Docket and Barker Test (ECF No. 153); *pro se* Motion for *Brady* Violation and Violation of Federal Rules of Criminal Procedure, 5(F) (ECF No. 154) (collectively, the "*Pro Se* Motions"); and the Government's Omnibus Response in Opposition to *Pro Se* Defendant's Motions (ECF No. 160), it is **ORDERED** that Defendant's *Pro Se* Motions (ECF Nos. 152, 153, 154) are **DENIED**. The Court's Memorandum explaining its ruling as to the *Pro Se* Motions will be issued separately. *See* 3d Cir. L.A.R. 3.1.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**

---

[1] Defendant Burton was previously represented by a series of three appointed or retained counsel. (*See* ECF Nos. 8, 43, 44, 70.) On March 24, 2025, the Court granted Defendant's request to proceed *pro se* and appointed then-counsel as standby counsel. (ECF Nos. 98, 100 (under seal).) Defendant's standby counsel later moved to withdraw (ECF No. 159), and on July 1, 2025, the Court appointed substitute standby counsel. (ECF No. 166.) On July 16, 2025, at the final pretrial conference, Defendant informed the Court that he no longer wished to proceed *pro se* and requested that his then-standby counsel, Kenneth C. Edelin, Jr., Esquire, represent him fully as counsel at trial. (ECF No. 192.)